*In re Pers. Restraint of Pavlik, Petitioner*, No. 93038-4. Motion for discretionary review of a decision of the Court of Appeals, Nos. 31227-5-III and 31338-7-III, March 24, 2016, 193 Wn. App. 1006. *Granted on specific issues* February 8, 2017. Review *dismissed* March 28, 2017.

*State, Respondent, v. Ferrer, Petitioner*, No. 93634-0. Petition for review of a decision of the Court of Appeals, No. 47687-8-II, August 16, 2016, 195 Wn. App. 1044. *Granted on a specific issue* and *remanded* to the Court of Appeals February 8, 2017.

*State, Respondent, v. Joseph, Petitioner*, No. 93710-9. Petition for review of a decision of the Court of Appeals, No. 32962-3-III, September 1, 2016, 195 Wn. App. 737. *Granted* February 8, 2017.

*Mikkelsen, Petitioner, v. Pub. Util. Dist. No. 1 of Kittitas County et al., Respondents*, No. 93731-1. Petition for review of a decision of the Court of Appeals, No. 33528-3-III, September 13, 2016, 195 Wn. App. 922. *Granted* February 8, 2017.

*State, Respondent, v. Clark, Petitioner*, No. 93740-1. Petition for review of a decision of the Court of Appeals, No. 32839-2-III, September 8, 2016, 195 Wn. App. 868. *Granted on a specific issue* and *remanded* to the superior court February 8, 2017.

*State, Respondent, v. Johnson, Petitioner*, No. 92873-8. Petition for review of a decision of the Court of Appeals, No. 45484-0-II, January 5, 2016, 192 Wn. App. 1004. *Denied* February 8, 2017.

*State, Respondent, v. Madarash, Petitioner*, No. 92943-2. Petition for review of a decision of the Court of Appeals, No. 47362-3-II, February 17, 2016, 192 Wn. App. 1045. *Denied* February 8, 2017.